IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02411-PSF-PAC

RICKY LAVERN WALKER, JR.,

    Plaintiff(s),

v.

OFFICER ROBERT FITZGIBBONS, No. 97029,
OFFICER TRENT TATUM, No. 95026; and
THE CITY OF DENVER, COLORADO,

    Defendant(s).
_____

## MINUTE ORDER
_____
**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that Plaintiff's Request for Evidentiary Documents (Doc. # 31), filed April 3, 2007, is **DENIED**.  Plaintiff shall serve written discovery requests upon the defendants in accordance with Fed.R.Civ.P. 33 and 34.  **Plaintiff is limited to ten (10) interrogatories and (10) requests for production of documents as this time**.

Dated:  April 3, 2007