IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02411-PSF-PAC

RICKY LAVERN WALKER, JR.,

    Plaintiff(s),

v.

OFFICER ROBERT FITZGIBBONS, No. 97029,
OFFICER TRENT TATUM, No. 95026; and
THE CITY OF DENVER, COLORADO,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that Defendants' Motion for Leave of Court to Depose Ricky Lavern Walker Jr. [Doc. #38; filed May 21, 2007] is **GRANTED**.  Defendants may depose Mr. Walker at the Kit Carson Correctional Center.

Dated:  May 22, 2007