IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02411-PSF-PAC

RICKY LAVERN WALKER, JR.,

    Plaintiff(s),

v.

OFFICER ROBERT FITZGIBBONS, No. 97029,
OFFICER TRENT TATUM, No. 95026; and
THE CITY OF DENVER, COLORADO,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that Defendants' Motion for Direction from the Court Regarding Plaintiff's Filing of Document No. 40 [Doc. #43; filed May 29, 2007] is **GRANTED** as follows:

    There is no constitutional right to the appointment of counsel in a civil case.  *See Durrey v. Dempsey*, 979 F.2d 1417, 1420 (10th Cir. 1989).  Although 28 U.S.C. §1915(e)(1) allows the court <u>to attempt to appoint counsel</u> for a person proceeding *in forma pauperis,* a *pro se* plaintiff remains obligated to comply with the Federal Rules of Civil Procedure and to prosecute his case while the Clerk attempts to locate volunteer counsel.   Accordingly, it is

    **HEREBY ORDERED** that Plaintiff shall respond to the written discovery propounded by the Defendants **on or before June 11, 2007**.  It is

    **FURTHER ORDERED** that Plaintiff shall attend his deposition which is set for **June 14, 2007** at the Kit Carson Correctional Center, and shall answer questions propounded by the Defendants.

Dated:  May 31, 2007