IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02411-PSF-PAC

RICKY LAVERN WALKER, JR.,

    Plaintiff(s),

v.

OFFICER ROBERT FITZGIBBONS, No. 97029,
OFFICER TRENT TATUM, No. 95026; and
THE CITY OF DENVER, COLORADO,

    Defendant(s).

## ORDER

O. Edward Schlatter, United States Magistrate Judge

This is a *pro se* prisoner civil rights action under 42 U.S. C. §1983.  The matter before the court is Defendant's Motion for Protective Order Pursuant to Fed.R.Civ.P. 26(c) [Doc. #47; filed June 21, 2007].

Plaintiff served discovery requests on defendants dated May 21, 2007, June 18, 2007, and June 19, 2007.  *See* Attachments to Defendant's Motion for Protective Order. The Scheduling Order deadline for completion of discovery in this case was June 21, 2007.

(Doc. #28)

Defendants ask the court to issue a protective order under Fed.R.Civ.P. 26(c) that defendants need not respond to the requested discovery because it is untimely.

Under the Federal Rules of Civil Procedure, plaintiff should have served his discovery requests on defendant no later than May 18, 2007.  Plaintiff did not move for an

extension of the discovery deadline.

On April 9, 2007, I granted plaintiff's motion requesting that the Clerk attempt to locate volunteer counsel to represent plaintiff. The Clerk's efforts have been unsuccessful to date, but are continuing. In the meantime, plaintiff is required to proceed on his own to obtain the discovery he needs to prosecute his claims. Although a *pro se* party is obligated to comply with the Federal Rules of Civil Procedure the same as other litigants, I find that some leeway is appropriate. Accordingly, it is

HEREBY **ORDERED** that Defendant's Motion for Protective Order Pursuant to Fed.R.Civ.P. 26(c) [Doc. #47; filed June 21, 2007] is **DENIED**. It is

FURTHER **ORDERED** that defendants shall respond to Plaintiff's First Set of Written Discovery to Defendants, Plaintiff's Requests for Production of Documents from the Defendants, Plaintiff's First Interrogatories to Defendant Officer Robert Fitzgibbons, and Plaintiff's First Interrogatories to Defendant Officer Trent Tatum **on or before July 26, 2007.** It is

**FURTHER ORDERED** that the discovery deadline is extended to **July 26, 2007** for the purpose of obtaining defendants' responses to plaintiffs' discovery requests. Plaintiff is reminded that discovery is otherwise closed in this case.

Dated June 25, 2007.

BY THE COURT:

s/ O. Edward Schlatter
O. EDWARD SCHLATTER
United States Magistrate Judge