**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix**

| | |
|---|---|
| **Civil Action No.: 06-cv-02411-PSF-KLM** | **FTR** - Reporter Deck - Courtroom A-501 |
| **Date: August 28, 2007** | Courtroom Deputy, Ellen E. Miller |

---

| | |
|---|---|
| RICKY LAVERN WALKER, JR., #85403 | Pro Se (By telephone) |
| **Plaintiff(s),** | |
| v. | |
| OFFICER ROBERT FITZGIBBONS, | John M. Eckhardt (By telephone) |
| OFFICER TRENT TATUM, and | Sarah E. McCutcheon (By telephone) |
| THE CITY OF DENVER, COLORADO, | |
| **Defendant(s).** | |

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in Session:** 10:00 a.m.
Court calls case. Telephonic appearance of *Pro Se* Plaintiff and Defense counsel.

Status of the case is discussed.

Plaintiff notes he has reviewed a copy of his deposition transcript and has returned it to Mr. Eckhardt, who has also made the copy available to Ms. McCutcheon.

An Oral Motion to Withdraw his Motion to Compel is made by the Plaintiff. With no objections,

**It is ORDERED:**   Plaintiff's ORAL MOTION TO WITHDRAW the Motion to Compel is GRANTED,
and
Plaintiff's MOTION TO COMPEL [Docket No. **61,** Filed August 01, 2007) is **WITHDRAWN.**

It is noted the Dispositive Motions Deadline is SEPTEMBER 17, 2007.

**It is ORDERED:**   A FINAL PRETRIAL CONFERENCE is set:
**DECEMBER 06, 2007 at 9:00 a.m.**

*06-cv-02411-PSF-KLM*
*Telephonic Status Conference*
August 28, 2007

Plaintiff and/or his case manager shall arrange to contact the court at 303-844-4892 at the scheduled date and time.

The parties shall submit a proposed Final Pretrial Order no later than five (5) business days prior to the conference.

Plaintiff advises the Court he is dismissing the claims for punitive damages, but not claims for compensatory damages.

**It is ORDERED:**    Plaintiff's claims for punitive damages are dismissed with prejudice.

Discussion is held as to payment for copies of the photographs which Mr. Walker wishes to obtain. Mr. Walker shall make his payment of $2.00 in a check payable to the City and County of Denver and mail it in care of Mr. Eckhardt.

Hearing Concluded.

**Court in Recess:**    10:10 a.m.
Total In-Court Time:   00:10