IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02411-PSF-KLM

RICKY LAVERN WALKER, JR.,

    Plaintiff,

v.

OFFICER ROBERT FITZGIBONS,
OFFICER TRENT TATUM, and
THE CITY OF DENVER, COLORADO,

    Defendants.
_____

### ORDER DIRECTING PLAINTIFF TO MAKE
### MONTHLY FILING FEE PAYMENT OR TO SHOW CAUSE
_____

By an Order entered December 1, 2006 (Doc. # 2), plaintiff was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Pursuant to § 1915(b)(2), plaintiff is required to make "monthly payments of 20 percent of the preceding month's income credited to his account" until the filing fee is paid in full.  In the Order granting plaintiff leave to proceed *in forma pauperis*, plaintiff was instructed either to make the required monthly payments or to show cause **each month** why he has no assets and no means by which to make the monthly payment.  In order to show cause, plaintiff was directed to file a certified copy of his inmate trust fund account statement.  Plaintiff was warned that a failure to comply with the requirements of § 1915(b)(2) would result in the dismissal of this civil action.

Plaintiff did not file an inmate account statement for the month of July 2007.

Plaintiff did file an inmate account statement on August 31, 2007 (Doc. # 73) but it is an incomplete monthly statement for the month of August, because it only shows transactions between August 17 and August 21, 2007.  Nonetheless, it does reflect a monthly income credit of $12.60 on August 20, 2007, yet the plaintiff offers no payment toward his filing fee.

Plaintiff is ordered to file complete inmate account statements for the months of July and August 2007.  Plaintiff is also ordered, at this time, to pay into the court registry $2.54 for the present income reporter for August 2007 of $12.69, plus 20 percent of any other monthly income credits shown on the July and August statements.

Furthermore, Plaintiff has failed to make the required monthly payment or show cause why he has no assets and no means by which to make the monthly payment for the month of September 2007.  Therefore, plaintiff will be ordered either to make the required monthly payments or to show cause why he cannot.

It is not acceptable for plaintiff to meet his monthly obligations only when specifically called upon by the Court through an order to pay or show cause.  Such a procedure unreasonably burdens the Court.  Consequently, hereafter I will require plaintiff, by the **15th day** of **each** month and without any further notice from or order of the Court, either to make the required monthly payment for each preceding month or to file a certified copy of his inmate trust fund account statement for the preceding month demonstrating that he has no assets and no means by which to make the monthly payment.  If plaintiff fails hereafter to comply with this requirement in any month prior to the date on which the filing fee is paid in full, I will recommend that the case be

dismissed for failure to comply with this Order and with the Order allowing plaintiff to proceed *in forma pauperis* entered December 1, 2006.

IT IS ORDERED that by the **15th day** of **each** month hereafter plaintiff shall either make the required monthly payment for each month or file a certified copy of his inmate trust fund account statement for the month demonstrating that he is not required pursuant to 28 U.S.C. § 1915(b)(2) to make a monthly payment. Furthermore, if payment is made for the preceding month, in order to verify that the appropriate amount is being paid, the plaintiff must file a certified copy of his trust fund account statement for that month. The civil action number should be noted on all payments as well as on any trust fund statements that are filed with the court.

IT IS FURTHER ORDERED that if plaintiff fails to comply with this order, the complaint and this civil action may be dismissed without further notice.

DATED: September 25, 2007.

BY THE COURT:

*/s/ Kristen L. Mix*

Kristen L. Mix
United States Magistrate Judge